IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>    Plaintiff,<br><br>v.<br><br>A. SOLIS, et al.,<br><br>    Defendants, | No. C 11-1438 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL<br><br><br>(Docket Nos. 16, 17) |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. Plaintiff's motions for appointment of counsel (docket nos. 16 and 17) are DENIED for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates docket nos. 16 and 17.

IT IS SO ORDERED.

DATED: 6/30/11

LUCY H. KOH
United States District Judge

Order Denying Plaintiff's Motions for Appointment of Counsel
P:\PRO-SE\SJ.LHK\CR.11\Parrish438atty.WPD