IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. SOLIS, et al.,<br><br>　　　　　　　　　Defendants. | C 11-1438 LHK (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION<br>[CIVIL L.R. 6-3] |

Defendants Hedrick, Salazar, Sanudo, Powell, Machuca, Muniz, Machuca, and Solis (Defendants) have filed a request for an extension of time of time of 60 days, up to and including, **October 21, 2011,** in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **October 21, 2011** to file a dispositive motion. Plaintiff shall file an opposition no later than **November 21, 2011,** and Defendants shall file a reply brief no later than fifteen days after Plaintiff files an opposition brief.

Dated: 9/19/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

[Proposed] Order Granting Defs.' Mot. Change Time (C 11-1438 LHK)