IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>           Plaintiff,<br><br>  v.<br><br>A. SOLIS, et al.,<br><br>           Defendants. | No. C 11-1438 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECEIVE DECLARATION FROM PRISONERS |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants' dispositive motion is currently due on October 21, 2011. Plaintiff has filed a motion to receive declarations from prisoners. Specifically, Plaintiff requests that the Court override prison rules, and order the prison to permit Plaintiff to discover the names and locations of potential inmate witnesses, as well as interview those inmates, in order to obtain declarations from them.

The Court does not conduct investigations or discovery on behalf of a litigant. Plaintiff needs to prepare his own subpoenas, and make his own arrangements to pay any witness fees and travel costs for those subpoenaed. The Court generally is not involved in the discovery or investigative process and only becomes involved when there is a dispute between the parties about discovery responses. Discovery requests and responses normally are exchanged between the parties without any copy sent to the court. *See* Fed. R. Civ. P. 5(d) (listing discovery

Order Denying Plaintiff's Motion to Receive Declarations from Prisoners
P:\PRO-SE\SJ.LHK\CR.11\Parrish438decl.wpd

1 | requests and responses that "must not" be filed with the court until they are used in the
2 | proceeding or the court orders otherwise).
3 |     Accordingly, Plaintiff's motion is DENIED.  This order terminates docket number 27.
4 |     IT IS SO ORDERED.
5 | DATED:  10/14/11
6 |     LUCY H. KOH
    United States District Judge

Order Denying Plaintiff's Motion to Receive Declarations from Prisoners
P:\PRO-SE\SJ.LHK\CR.11\Parrish438decl.wpd   2