IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KAHEAL PARRISH,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A. SOLIS, et al.,**<br><br>　　　　　　　　　　Defendants. | C 11-1438 LHK (PR)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br>**[CIVIL L.R. 6-3]** |

Defendants Hedrick, Salazar, Sanudo, Powell, Machuca, Muniz, Machuca, and Solis (Defendants) have filed a request for an extension of time of time of 14 days, up to and including, **November 4, 2011,** in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **November 4, 2011** to file a dispositive motion. Plaintiff shall file an opposition no later than **December 5, 2011**, and Defendants shall file a reply brief no later than fifteen days after Plaintiff files an opposition brief.

Dated: 10/21/11

_____
LUCY H. KOH
United States District Judge

1

[~~Proposed~~] Order Granting Defs.' Mot. Change Time  (C 11-1438 LHK)