IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH, | No. C 11-1438 LHK (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME |
| v. | |
| A. SOLIS, et al., | (Docket No. 37) |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. Defendants were originally directed to file a dispositive motion by August 22, 2011. Pending before the Court is Defendants' third motion for an extension of time to file their dispositive motion. Defendants' motion is granted. However, further requests for an extension of time to file a dispositive motion will not be favored absent exigent circumstances.

Defendants' dispositive motion is due no later than **thirty days** from the filing date of this order. Plaintiff's opposition is due no later than **thirty days** thereafter. Defendants must file their reply within **fifteen days** of the filing date of Plaintiff's opposition.

IT IS SO ORDERED.

DATED: 11/4/11

LUCY H. KOH
United States District Judge

Order Granting Defendants' Motion for Extension of Time
P:\pro-se\sj.lhk\cr.11\Parrish438eot