IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAHEAL PARRISH,**<br><br>Plaintiff,<br><br>v.<br><br>**A. SOLIS, et al.,**<br><br>Defendants. | Case No. C 11-1438 LHK<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBIT A TO DECLARATION OF G. SALAZAR UNDER SEAL |

This Court, having reviewed Defendants' administrative motion under Civil Local Rules 7-11 and 79-5, GRANTS the motion because Defendants have shown a compelling need.

Exhibit A to the declaration of G. Salazar in support of Defendants' summary-judgment motion shall be FILED UNDER SEAL until the conclusion of the action and any appeal, at which time the document will be returned to Defendants' counsel by making arrangements with this Court's clerk.

IT IS SO ORDERED.

Dated: 1/18/12

_Lucy H. Koh_
LUCY H. KOH
United States District Court Judge

1

[Proposed] Order Granting Defs.' Admin. Mot. File Under Seal (C 11-1438 LHK)