IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAHEAL PARRISH, | ) | No. C 11-1438 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF |
| v. | ) ) | TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR |
| A. SOLIS, et al., | ) ) | SUMMARY JUDGMENT |
| Defendants. | ) ) | (Docket No. 51) |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file his opposition to Defendants' motion for summary judgment. Plaintiff's motion is granted. His opposition is due no later than **February 4, 2012**. Defendants must file their reply within **fifteen days** of the filing date of Plaintiff's opposition.

IT IS SO ORDERED.

DATED: 1/18/12

_____
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
G:\PRO-SE\SJ.LHK\CR.11\Parrish438eot2.wpd