IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH, | No. C 11-01438 LHK (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| vs. | |
| A. SOLIS, Warden, | |
| Respondent. | (Docket No. 54) |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. Pending before the Court is Defendants' second motion for an extension of time to file an opposition to respondent's Motion for Summary Judgment filed on December 5, 2011. Good cause appearing, Petitioner's motion is GRANTED. Petitioner shall file an opposition within 30 days from the filing date of this order.

This order terminates Docket No. 54.

DATED: 3/8/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension Of Time to File Opposition
G:\PRO-SE\SJ.LHK\CR.12\Parrish438 EOTgrant.wpd