**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAHEAL PARRISH, | No. C 11-01438 LHK (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| vs. | |
| A. SOLIS, et al., | |
| Defendants. | (Docket No. 71) |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. Pending before the Court is Plaintiff's fifth motion for an extension of time to file an opposition to Defendants' motion for summary judgment. In Plaintiff's motion, he claims he needs additional time to prepare an opposition because he is awaiting discovery responses from Defendants. However, on May 11, 2012, the Court denied plaintiff's motion to compel discovery, and granted Defendants' motion to stay discovery.

Thus, Plaintiff no longer needs to wait to file an opposition. However, because the time for filing an opposition had passed while Plaintiff's motion for extension of time was pending, the Court GRANTS Plaintiff's motion for an extension of time. Plaintiff shall file his opposition within 30 days from the filing date of this order. Defendants shall file their reply within fifteen days thereafter. Any further requests for an extension of time will not be favored.

IT IS SO ORDERED.

DATED: 5/24/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to File Opp.
G:\PRO-SE\SJ.LHK\CR.11\Parrish438 EOT5grant.wpd