UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | No. 11-CV-1438 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. SOLIS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KAHEAL PARRISH, inmate no. F-15901, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 16, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Randy Grounds, Warden

### GREETINGS

WE COMMAND that you have and produce the body of KAHEAL PARRSIH, inmate no. F-15901, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 9:00 a.m. on November 28, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Parrsih v. Solis, 11-cv-1438 LHK*

*(NJV)*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: October 16, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: October 16, 2012



2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | No. 11-CV-1438 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. SOLIS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 16, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kaheal Parrish
F-15901
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050

Copy mailed and faxed to:

Litigation Coordinator Enedelia Donnelly

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3