IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAHEAL PARRISH, | ) | No. C 11-1438 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL |
| v. | ) ) | |
| A. SOLIS, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 84) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, arguing that Defendants assaulted and beat him and then acted to cover up the assault and beatings in violation of the Eighth Amendment. On December 5, 2011, Defendants filed a motion for summary judgment. (Doc. No. 41.) Plaintiff filed an opposition. (Doc. No. 74.) Defendants filed a reply. (Doc. No. 76.) On August 28, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. On December 5, 2012, Judge Vadas reported that the case did not settle.

Plaintiff has filed a motion for appointment of counsel. (Docket No. 84.) It appears that the case will be tried. The Court concludes that counsel should be appointed, and **GRANTS** Plaintiff's motion. This matter is referred to the Federal Pro Bono Project to find counsel.

Order Granting Plaintiff's Motion to Appoint Counsel
G:\PRO-SE\SJ.LHK\CR.11\Parrish438refprobono.wpd

1  Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as
2  counsel for Plaintiff in this matter until further order of the Court.  All proceedings in this action
3  are stayed until four weeks from the date an attorney is appointed to represent Plaintiff.
4      IT IS SO ORDERED.
5  DATED: 1/13/13

_____
LUCY H. KOH
United States District Judge