IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH, ) | No. C 11-1438 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER APPOINTING PRO BONO |
| ) | COUNSEL |
| ) | |
| v. ) | |
| ) | |
| A. SOLIS, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983. On August 28, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. After settlement proceedings proved unsuccessful, the Court granted Plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

The VLSP has informed the Court that James E. Lyons and Kerry S. Kumabe of Skadden, Arps, Slate, Meagher & Flom LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301, have agreed to serve as appointed pro bono counsel for Plaintiff. Thus, James E. Lyons and Kerry S. Kumabe are hereby APPOINTED as counsel for plaintiff pursuant to 28

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.11\Parrish438appt-counsel.wpd

1 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this
2 referral shall be for all purposes for the duration of the case.
3     The Clerk shall set this matter for a case management conference within 90 days of the
4 filing date of this order.
5     IT IS SO ORDERED.
6 DATED: 3/11/13
7 LUCY H. KOH
United States District Judge

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.11\Parrish438appt-counsel.wpd

2