UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | No. 5:11-CV-1438 LHK   (NJV) |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| A. SOLIS, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case on February 25, 2014, at 1:00 pm. Plaintiff, who is represented by counsel, shall attend the settlement conference telephonically by dialing 888-684-8852 and entering access code 1868782. Plaintiff's Counsel is directed to contact Plaintiff's institution and arrange for Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: January 23, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge