JAMES E. LYONS (State Bar. No. 112582)
TATYANA SHMYGOL (State Bar No. 267104)
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
*Attorneys for Plaintiff*
*Kaheal Parrish*

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
D. ROBERT DUNCAN (State Bar No. 161918)
SHARON A. GARSKE (State Bar No. 215167)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5739
 Fax: (415) 703-5843
 E-mail: Robert.Duncan@doj.ca.gov
*Attorneys for Defendants*
*Salazar, Sanudo, Powell, R. Machuca, A. Machuca,*
*and Haldeman*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KAHEAL PARRISH,** | C 11-1438 LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR BRIEFING ON MOTION TO DISMISS** |
| v. | |
| **A. SOLIS, et al.,** | |
| Defendants. | |

WHEREAS, on November 21, 2013, Plaintiff Kaheal Parrish ("Parrish") filed his First

Amended and Supplemental Complaint ("FAC") in the above-captioned matter;

;

1

1     WHEREAS, on December 27, 2013, Defendants Salazar, Sanudo, Powell, R. Machuca, A. Machuca and Haldeman ("Defendants") timely filed Defendants' Notice of Motion and Motion to Dismiss the FAC Under Rule 12(b) ("Motion to Dismiss");

    WHEREAS, on January 8, 2014, pursuant to the parties' stipulation, this Court ordered that Parrish should have until January 24, 2014 to serve and file his Opposition to the Motion to Dismiss and that Defendants shall have until February 6, 2014, to serve and file their Reply in Support of the Motion to Dismiss;

    WHEREAS, the Motion to Dismiss is currently calendared to be heard by this Court on May 15, 2014, at 1:30 pm;

    WHEREAS, for the reasons set forth on the accompanying declaration of Tatyana Shmygol, Parrish's counsel request and extension of time to file an opposition to the Motion to Dismiss and setting a new schedule for Defendants' reply;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Parrish and Defendants, as follows:

    1.     Parrish shall have until February 14, 2014, to serve and file his Opposition to the Motion to Dismiss.

    2.     Defendants shall have until February 28, 2014, to serve and file their Reply in Support of the Motion to Dismiss.

    3.     The Court will hold a hearing on the Motion to Dismiss in Courtroom 8 on May 15, 2014, at 1:30 pm, as provided in the January 7, 2014, Clerk's Notice Continuing Motion Hearing..

    4.     Nothing about this stipulation or about Plaintiff's FAC shall be construed as a waiver by either party of any other right, claim, or defense in this action.

Joint Stipulation and [Proposed] Order Extending Time      *Parrish v. Solis, et al.*, (C 11-1438 LHK)

5. This stipulation is without prejudice to the right of any party to seek a further adjustment to any of the dates contained in this stipulation based on future developments.

Dated: January 21, 2014           /s/ James E. Lyons
James E. Lyons
James.Lyons@probonolaw.com

Tatyana Shmygol
Tatyana.Shmygol@probonolaw.com
*Attorneys for Plaintiff*
Kaheal Parrish

I, James E. Lyons, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time for Briefing on Motion to Dismiss. In compliance with Civil Local Rule 5-1(i) I hereby attest that D. Robert Duncan has concurred in this filing.

Dated: January 21, 2014         /s/ D. Robert Duncan
D. Robert Duncan
Robert.duncan@doj.ca.gov
Deputy Attorney General
*Attorney for Defendants*
Salazar, Sanudo, Powell, R. Machuca, A. Machuca and Haldeman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __ 1/22/2014

By: /s/ Lucy H. Koh
Hon. Lucy M. Koh
U.S. DISTRICT COURT JUDGE

3