UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | No. 11-CV-1438 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. SOLIS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KAHEAL PARRISH, inmate no. F-15901, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 6, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, California State Prison, Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of KAHEAL PARRISH, inmate no. F-15901, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, at 10:00 a.m. on February 25, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Parrish*

1  *v. Solis, 11-cv-1438 LHK (NJV)*, and at the termination of said hearing return him forthwith to said
2  hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter
3  be made concerning the custody of said prisoner, and further to produce said prisoner at all times
4  necessary until the termination of the proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: February 6, 2014

9  RICHARD WIEKING
   CLERK, UNITED STATES DISTRICT COURT

11  By: Linn Van Meter
    Administrative Law Clerk

15  Dated: February 6, 2014



_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | No. 11-CV-1438 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. SOLIS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on February 6, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
California State Prison, Sacramento
PO Box 290027
Represa, CA  95671-0027

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3