UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAHEAL PARRISH,

    Plaintiff,

  v.

A. SOLIS, et al.,

    Defendants.

Case No. 11-cv-01438-LHK   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on February 25, 2014 in Courtroom D, San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff's counsel James Lyons, Claire McCormack and Christine Hung.

    (   ) Warden or warden's representative

    ( X ) Office of the California Attorney General D. Robert Duncan and Sharon Garske.

    ( X ) Other:  Patricia Lee for CDCR.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: February 28, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge