UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAHEAL PARRISH, | ) | Case No.: 11-CV-01438-LHK |
| Plaintiff, | ) | |
| v. | ) | MINUTE AND CASE MANAGEMENT ORDER |
| A. SOLIS, et al., | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown         Plaintiff's Attorneys:   James Lyons, Tatyana Shmygol,
Reporter:  Lee-Anne Shortridge                                            Claire McCormack
Length of hearing:                         Defendants' Attorneys:  Robert Duncan, Sharon Garsky

A further Case Management Conference was held on May 15, 2014. A further Case Management Conference is set for August 20, 2014 at 1:30 p.m.

The Court referred the parties to Judge Vadas for a Magistrate Judge Settlement Conference with a deadline of August 15, 2014, at 2:00 p.m.

The Court referred the case to Judge Cousins for discovery purposes.

Plaintiff's request for a total of 18 depositions is GRANTED.

The Court indicated that it would grant Plaintiff's request that Plaintiff's counsel have the chance to conduct a meeting with Plaintiff between 10:00 a.m. and 4:00 p.m. at CSP-Sacramento on one Thursday and Friday before Plaintiff's deposition. However, the parties agreed to reschedule Plaintiff's deposition and make other arrangements such that Plaintiff's request is now moot.

Plaintiff's request to conduct a cross examination beyond the scope of direct examination as to the five inmates that Defendants have noticed for deposition is GRANTED.

The Court GRANTS Plaintiff's request that CSP-Sacramento make Plaintiff available for confidential thirty minute phone calls with Plaintiff on 24-hour notice.

The case schedule is:

1

CLOSE OF FACT DISCOVERY: August 1, 2014

EXPERT DISCOVERY:
    Opening Reports:    August 15, 2014
    Rebuttal Reports:    August 29, 2014
    Cut-off:    September 12, 2014

DISPOSITIVE MOTIONS shall be filed by September 25, 2014, and set for hearing on October 30, 2014 at 1:30 p.m.

PRETRIAL CONFERENCE: November 20, 2014, at 1:30 p.m.

JURY TRIAL: December 8, 2014, at 9:00 a.m. in Courtroom 8, 4th floor.

ESTIMATED LENGTH OF TRIAL: 5 days

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
LUCY H. KOH
United States District Judge

2