IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>    Plaintiff,<br><br>v.<br><br>A. SOLIS, et al.,<br><br>    Defendants. | Case No. 5:11-cv-01438 LHK (NC)<br><br>**ORDER TO SUBMIT DISCOVERY STATUS REPORT** |

The parties are ordered to file by June 27 a joint discovery status report and discovery plan. The report should summarize the discovery completed, the discovery in process, and the discovery anticipated. Any discovery disputes must be detailed, with each side presenting its proposed compromise. The purposes of the discovery plan are to assist the efficient administration of justice and to encourage the timely completion of discovery. After receiving the report, the Court may set a discovery status conference or issue other orders in the interest of justice.

**IT IS SO ORDERED.**

Dated: June 2, 2014

                                                NATHANAEL COUSINS<br>
                                                United States Magistrate Judge