UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAHEAL PARRISH,<br><br>        Plaintiff,<br><br>    v.<br><br>A. SOLIS, and others,<br><br>        Defendants. | Case No. 11-cv-01438 LHK (NC)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 184, 186 |

The parties dispute whether it is appropriate to question a non-party deponent regarding a pending internal administrative investigation. In their papers and at the hearing held today, defendants and CDCR were unable to articulate a privilege or other legal basis for instructing the witness not to answer a question regarding a pending investigation. The Court therefore denies the motion for a protective order preventing the continued deposition of non-party Villalobos for lack of good cause. The continued deposition of Villalobos must be completed by August 1, 2014, limited to four additional hours and to the nine topics set forth at docket entry 186.

IT IS SO ORDERED.

Date: July 21, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge