UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH, ) | Case No.: 11-CV-01438-LHK |
|             Plaintiff, ) | |
|   v. ) | ORDER VACATING CASE |
| ) | MANAGEMENT CONFERENCE AND |
| A. SOLIS, et al., ) | ORDERING PARTIES TO FILE |
| ) | SETTLEMENT STATUS UPDATE |
|             Defendants. ) | |

The Case Management Conference for August 20, 2014 is vacated and continued to October 30, 2014 at 1:30p.m. The parties are ordered to file a settlement status update by September 3, 2014.

**IT IS SO ORDERED.**

Dated: August 14, 2014

                                  _____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01438-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDERING PARTIES TO FILE SETTLEMENT STATUS UPDATE