UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAHEAL PARRISH,

      Plaintiff,

    v.

A. SOLIS, et al.,

      Defendants.

Case No.  11-cv-01438-LHK   (NJV)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

     A settlement conference was held on August 19, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

    (1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

      ( X )  Plaintiff's counsel James E. Lyons, Claire A. McCormack, Christine J. Hung

      (  )  Warden or warden's representative

      ( X )  Office of the California Attorney General, D. Robert Duncan, Sharon A. Garske

      (X)  Other:  California Department of Corrections and Rehabilitation, Patricia J. Lee

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3)  The outcome of the proceeding was:

      (  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

      (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

( X )  The parties are unable to reach an agreement at this time.  Further settlement discussions will take place with Defendants the first week of September.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____

NANDOR J. VADAS
United States Magistrate Judge