UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A. SOLIS, et al.,<br><br>　　　　　　Defendants. | Case No.: 11-CV-01438-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: James Lyons, Christine Hung, Tatyana Shmygol, William Casey
Defendant's Attorney: D. Robert Duncan, Sharon Garske, Elliott Seals

　　　　A case management conference was held on October 30, 2014.

　　　　The parties are referred to Magistrate Judge Cousins for a settlement conference. The parties shall file a joint settlement status report within 24 hours of attending any settlement conference with Judge Cousins.

　　　　The California Department of Corrections shall make any witnesses who are inmates at the time of trial available to testify by video conference.

　　　　The Court will issue a writ for Plaintiff to attend the trial in-person. Plaintiff's counsel shall file a draft writ by November 3, 2014.

　　　　For the weeks of November 10, 2014, November 17, 2014, and December 1, 2014, California State Prison-Sacramento ("CSP-Sacramento") shall make Parrish available to meet with his counsel on the following days at the following times:

- Wednesday, 10 a.m. to 2 p.m.
- Thursday, Saturday, and Sunday, 8 a.m. to 2 p.m.
- Friday, 8 a.m. to 4 p.m.

1

Case No.: 11-CV-01438-LHK
CASE MANAGEMENT ORDER

To the extent the above hours are outside CSP-Sacramento's normal attorneys visiting hours (Thursday through Sunday, 8 a.m. to 2 p.m.) Plaintiff's counsel shall inform the litigation coordinator at CSP-Sacramento 72 hours in advance as to whether Plaintiff's counsel intends to visit on that day.

CSP-Sacramento shall also make Plaintiff available for phone calls with his counsel for up to 60 minutes each day, Monday through Friday, from now until the end of trial. Plaintiff's counsel shall inform the litigation coordinator at CSP-Sacramento 24 hours in advance of any phone call with Plaintiff.

The Court made the following modifications to the case schedule:

JURY TRIAL: December 5, 2014, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: Six days

Each side may file up to six motions in limine. Each side will be allotted a maximum of 18 total pages for motions in limine, and a maximum of 18 total pages for oppositions to motions in limine.

Seven days in advance of the pretrial conference, the parties shall file joint preliminary and final jury instructions.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____
LUCY H. KOH
United States District Judge