UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH, ) | Case No.: 11-CV-01438-LHK |
|     Plaintiff, ) | |
| v. ) | NOTICE OF COURT'S SUMMARY |
| ) | JUDGMENT RULINGS |
| A. SOLIS, et al., ) | |
|     Defendants. ) | |

At the October 30, 2014 summary judgment hearing, the Court stated its tentative rulings. At the conclusion of the hearing, the Court stated that it would reconsider its tentative rulings in light of the parties' arguments. To facilitate the parties' ongoing trial preparation, the parties requested notice of the Court's final summary judgment rulings in advance of the Court's issuance of the final summary judgment order. The Court agreed to provide such notice on November 3, 2014. Accordingly, the Court hereby states that it will deny Defendants' summary judgment motion in its entirety and will issue a final order shortly.

**IT IS SO ORDERED.**

Dated: November 3, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01438-LHK
NOTICE OF COURT'S SUMMARY JUDGMENT RULINGS