JAMES E. LYONS (State Bar. No. 112582)
CHRISTINE J. HUNG (State Bar No. 266364)
TATYANA SHMYGOL (State Bar No. 267104)
WILLIAM CASEY (State Bar No. 294086)
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Plaintiff
KAHEAL PARRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH,<br><br>        Plaintiff,<br><br>    v.<br><br>A. SOLIS; R. HEDRICK; W. MUNIZ; GREGORIO R. SALAZAR; RAUL MACHUCA, JR.; BRANDON C. POWELL; ADRIAN MACHUCA; JASON A. SANUDO; MAURICE EMANUEL HALDEMAN,<br><br>        Defendants. | CASE NO.: 11-CV-01438-LHK<br><br>[PROPOSED] **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus ad Testificandum for the person of KAHEAL PARRISH, inmate number F-15901, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

DATED:  November 6, 2014

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California State Prison, Sacramento

GREETINGS

We command that you have and produce the body of KAHEAL PARRISH, inmate number F-15901, in your custody in California State Prison, Sacramento, before the United States District Court in Courtroom 7, 4th Floor, 280 South First Street, San Jose, at 9:30 a.m. on November 17, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCES in the matter of *Parrish v. Solis, 11-cv-1438 LHK*, and at the termination of said hearing return him forthwith to California State Prison, Sacramento, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further that you produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nathanael M. Cousins, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:   November 6, 2014

*(signature)*
RICHARD W. WIEKING
CLERK, UNITED STATES DISTRICT COURT

DATED:   November 6, 2014

*(signature)*
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge