JAMES E. LYONS (State Bar. No. 112582)
CLAIRE A. MCCORMACK (State Bar No. 241806)
CHRISTINE J. HUNG (State Bar No. 266364)
TATYANA SHMYGOL (State Bar No. 267104)
WILLIAM CASEY (State Bar No. 294086)
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Plaintiff
KAHEAL PARRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | CASE NO.: 11-CV-01438-LHK |
| Plaintiff, | [PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. SOLIS; R. HEDRICK; W. MUNIZ; GREGORIO R. SALAZAR; RAUL MACHUCA, JR.; BRANDON C. POWELL; ADRIAN MACHUCA; JASON A. SANUDO; MAURICE EMANUEL HALDEMAN, | |
| Defendants. | |

1  It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus ad
2  Testificandum for the person of KAHEAL PARRISH, inmate number F-15901, presently in
3  custody at California State Prison, Sacramento, as the presence of said witness will be necessary
4  at proceedings in the above-entitled cause and thereafter as may be required.

7  DATED: 11/7/2014                              *Lucy H. Koh*
                                                 THE HONORABLE LUCY H. KOH
8                                                UNITED STATES DISTRICT COURT JUDGE

9  THE PRESIDENT OF THE UNITED STATES OF AMERICA
10 TO: Warden, California State Prison, Sacramento
11                               GREETINGS
12  We command that you have and produce the body of KAHEAL PARRISH, inmate
13 number F-15901, in your custody in California State Prison, Sacramento, before the United States
14 District Court at 280 South First Street, San Jose, California, at 9:00 a.m. on December 5, 2014,
15 in order that said prisoner may then and there participate in the JURY TRIAL in the matter of
16 *Parrish v. Solis, 11-cv-1438 LHK*, and at the termination of said hearing return him forthwith to
17 California State Prison, Sacramento, or abide by such order of the above-entitled Court as shall
18 thereafter be made concerning the custody of said prisoner, and further that you produce said
19 prisoner at all times necessary until the termination of the proceedings for which his testimony is
20 required in this Court;
21  Witness the Honorable Lucy H. Koh, Judge of the United States District Court for the
22 Northern District of California.

DATED: 11/7/2014

Deputy Clerk, Stacy Sakamoto, signing on behalf of
RICHARD W. WIEKING
CLERK, UNITED STATES DISTRICT COURT

DATED: 11/7/2014

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE