JAMES E. LYONS (State Bar. No. 112582)
CHRISTINE J. HUNG (State Bar No. 266364)
TATYANA SHMYGOL (State Bar No. 267104)
WILLIAM CASEY (State Bar No. 294086)
525 University Ave., Suite 1400
Palo Alto, California 94301
Telephone:    (650) 470-3180
Facsimile:    (650) 798-6576

Attorneys for Plaintiff
KAHEAL PARRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KAHEAL PARRISH, | CASE NO.: 5:11-cv-01438-LHK |
|---|---|
| Plaintiff, | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 3** |
| v. | |
| A. SOLIS, *et al*., | Date:    November 20, 2014<br>Time:    1:30 p.m.<br>Courtroom:  8<br>Judge:    The Honorable Lucy H. Koh |
| Defendants. | |
| | Trial Date:   December 5, 2014<br>Action Filed: March 11, 2011 |

1   Defendants' Motion *in Limine* No. 3 seeks to limit the testimony of one of Plaintiff's expert witnesses, Samuel Plainfield. Defendants seek to prevent Plainfield from discussing whether he was entitled to review the original photos or opining that he did not receive the appropriate documents from Defendants because Plainfield did not have knowledge of the ESI agreement between the parties.

Plaintiff intends to inquire into the opinions expressed in Paragraph 3 of Plainfield's Supplemental Expert Report. (Dkt. 246, Ex. A ¶ 3.) So long as Defendants do not open the door to such examination, Plaintiff has no intention of inquiring into the opinions expressed in Paragraph 4 of Plainfield's Supplemental Expert Report, including whether the photos provided by Defendants are "originals." (Dkt. 246, Ex. A ¶ 4.)

Dated:  November 10, 2014

By:   /s/ William J. Casey
William Casey
Attorneys for Plaintiff
KAHEAL PARRISH

- 1 -

PL.'S OPP'N TO DEF.'S MOT. IN LIMINE NOS. 3                    CASE NO.: 5:11-CV-01438-LHK

# CERTIFICATE OF SERVICE

I am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Suite 1400, Palo Alto, CA 94301.

On November 10, 2014 I served the foregoing document described as:

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 3**

on the interested parties in this action as follows:

**D. Robert Duncan II, Esq.**
**Sharon Garske**
**Deputy Attorney General**
**455 Golden Gate Avenue, Suite 11000**
**San Francisco, CA  94102-7004**

[X]  (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email as noted above and that the transmission was reported as complete and without error.

[ ]  (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices.

[ ]  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and delivery following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 10, 2014 at Palo Alto, California.

/s/ Wayne Campbell
Wayne Campbell