1  JAMES E. LYONS (State Bar. No. 112582)
   CHRISTINE J. HUNG (State Bar No. 266364)
2  TATYANA SHMYGOL (State Bar No. 267104)
   WILLIAM CASEY (State Bar No. 294086)
3  525 University Ave., Suite 1400
   Palo Alto, California 94301
4  Telephone:   (650) 470-3180
   Facsimile:    (650) 798-6576
5
   Attorneys for Plaintiff
6  KAHEAL PARRISH

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | KAHEAL PARRISH,                    | CASE NO.: 5:11-cv-01438-LHK
12 |                      Plaintiff,    | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 4**
13 |         v.                         |
14 | A. SOLIS, *et al*.,                | Date:       November 20, 2014
   |                                    | Time:       1:30 p.m.
15 |                      Defendants.   | Courtroom:  8
   |                                    | Judge:      The Honorable Lucy H. Koh
16 |                                    |
17 |                                    | Trial Date:    December 5, 2014
   |                                    | Action Filed:  March 11, 2011

18

19

20

21

22

23

24

25

26

27

28

Defendants' Motion *in Limine* No. 4 seeks to exclude all evidence, references to evidence, testimony or referring to any Defendant or Salinas Valley employee as "assault defendants" or "non-party co-conspirators." Plaintiff does not intend to use such titles to describe Defendants or non-parties during trial. But, Plaintiff believes that consistent labels for various groups of Defendants and non-parties will help prevent jury confusion. Plaintiff will confer with Defendants prior to the pre-trial hearing to see if the parties can agree upon labels that can be used to describe such groups of people.

Dated: November 10, 2014

By: /s/ William J. Casey
William Casey
Attorneys for Plaintiff
KAHEAL PARRISH

- 1 -
PL.'S OPP'N TO DEF.'S MOT. IN LIMINE NOS. 4            CASE NO.: 5:11-CV-01438-LHK

# CERTIFICATE OF SERVICE

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Suite 1400, Palo Alto, CA 94301.

On November 10, 2014 I served the foregoing document described as:

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 4**

on the interested parties in this action as follows:

**D. Robert Duncan II, Esq.**
**Sharon Garske**
**Deputy Attorney General**
**455 Golden Gate Avenue, Suite 11000**
**San Francisco, CA  94102-7004**

[X]  (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email as noted above and that the transmission was reported as complete and without error.

[ ]  (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices.

[ ]  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and delivery following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 10, 2014 at Palo Alto, California.

/s/ Wayne Campbell
Wayne Campbell