UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH, | Case No.: 11-CV-01438-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE SUPPLEMENTAL MATERIAL REGARDING PARRISH'S MOTION IN LIMINE NO. 1 |
| A. SOLIS, et al., | |
| Defendants. | |

Parrish's motion *in limine* no. 1 requests that the Court exclude evidence relating to the prior convictions of Parrish and other inmate witnesses. The parties have not filed any material or provided factual details about the prior convictions of the following inmate witnesses:

- Chris Davis
- Kacey Valli

The parties shall make a supplemental filing by November 17, 2014 with factual details about the prior convictions of the above inmate witnesses.

**IT IS SO ORDERED.**

Dated: November 13, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01438-LHK
ORDER TO FILE SUPPLEMENTAL MATERIAL