UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH, ) | Case No.: 11-CV-01438-LHK |
| ) Plaintiff, ) | |
| v. ) | ORDER TO FILE STIPULATION OF |
| ) | DISMISSAL |
| A. SOLIS, et al., ) | |
| ) Defendants. ) | |

The Court hereby orders the parties to file a stipulation of dismissal by November 18, 2014. Until the parties file such a stipulation, the pretrial conference currently set for November 20, 2014 at 1:30 p.m. will remain as scheduled.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01438-LHK
ORDER TO FILE STIPULATION OF DISMISSAL