UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHEAL PARRISH,<br><br>                Plaintiff,<br>     v.<br><br>A. SOLIS, et al.,<br><br>               Defendants. | Case No.: 11-CV-01438-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

According to the minutes from the parties' November 17, 2014 settlement conference before Judge Cousins, the parties have reached a settlement. *See* ECF No. 278. The parties jointly request that the Court vacate all deadlines and pending motions, and state that the parties will file a dismissal with prejudice upon completion of the settlement terms within six months.

The Court denies the request for a six-month stay. The parties shall file, by November 18, 2014, a joint stipulation dismissing this action without prejudice. The stipulation shall provide that the Court shall retain jurisdiction to enforce the settlement agreement and that the parties shall move to dismiss the action with prejudice by June 1, 2015.

**IT IS SO ORDERED.**

Dated: November 18, 2014

                                                _____<br>
                                                LUCY H. KOH<br>
                                                United States District Judge