| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General<br>D. ROBERT DUNCAN<br>Deputy Attorney General<br>ELLIOTT T. SEALS<br>Deputy Attorney General<br>SHARON A. GARSKE<br>Deputy Attorney General<br>State Bar No. 215167<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 622-4464<br>Fax: (510) 622-2270<br>E-mail: Sharon.Garske@doj.ca.gov<br>*Attorneys for Defendants*<br>*Salazar, R. Machuca, Powell, Sanudo, A. Machuca, and Haldeman* | JAMES E. LYONS<br>State Bar. No. 112582<br>CHRISTINE HUNG<br>State Bar No. 266364<br>TATYANA SHMYGOL<br>State Bar No. 267104<br>WILLIAM CASEY<br>State Bar No. 294086<br>525 University Avenue, Suite 1400<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>*Attorneys for Plaintiff*<br>*Kaheal Parrish* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KAHEAL PARRISH,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**A. SOLIS, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | C 11-1438 LHK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

　　　Plaintiff Kaheal Parrish and Defendants Salazar, Sanudo, Powell, R. Machuca, A. Machuca, and Haldeman (Defendants) have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　Each party shall bear its own litigation costs and attorney's fees.

　　　It is so stipulated.

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 11-1438 LHK)

Dated: November 17, 2014            By: /s/ James Lyons
                                        JAMES LYONS
                                        CHRISTINE HUNG
                                        TATYANA SHMYGOL
                                        WILLIAM CASEY
                                        *Attorneys for Plaintiff Kaheal Parrish*

Dated: November 17, 2014            By: /s/ D. Robert Duncan
                                        D. ROBERT DUNCAN
                                        SHARON A. GARSKE
                                        ELLIOTT T. SEALS
                                        Deputy Attorney General
                                        *Attorneys for Defendants Salazar, Sanudo, Powell, R. Machuca, A. Machuca, and Haldeman*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: April 28, 2015               /s/ Lucy H. Koh
                                    The Honorable Lucy H. Koh

SF2011201829
41133605.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 11-1438 LHK)